UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01523-MRA-E | Date | October 26, 2026 |
| Title | *Peter Flores v. Convergent Outsourcing Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

On August 27, 2026, the Court issued an Order Setting the Scheduling Conference for Tuesday, October 27, 2026. ECF 11. The Order stated that a Joint Rule 26(f) Report must be submitted jointly no later than 14 days before the Scheduling Conference, and that "jointly" means "a single report." *Id.* at 3. The parties failed to file the report by October 13, 2026. On October 16, 2026, the Court ordered the parties to file their overdue report by no later than 10:00 a.m. on Monday, October 19, 2026. ECF 12. On October 19, 2026, Defendant Convergent Outsourcing, Inc. ("Defendant") unilaterally filed a Rule 26(f) Report and explained that Plaintiff Peter Flores ("Plaintiff") failed to respond to Defendant's emails regarding the report, so Defendant preceded to file the report without Plaintiff's input. ECF 13. Defendant failed to include a completed Schedule of Pretrial and Trial Dates Worksheet, which is attached to the Court's Order Setting Scheduling Conference, and did not propose dates for several pretrial events.

Under Federal Rule of Civil Procedure 26(f)(2), the attorneys of record "are jointly responsible" for attempting in good faith to agree on the proposed discovery plan and for submitting to the court the written report outlining the plan. However, to date, no Joint Rule 26(f) Report has been filed by the parties. On its own Motion, the Court hereby **ORDERS** the parties to **SHOW CAUSE IN WRITING** no later than October 27, 2026, why sanctions should not be imposed for failing to submit a Joint Rule 26(f) Report as required by the Federal Rules of Civil Procedure and this Court's orders. *See* L.R. 83-7.

**IT IS SO ORDERED.**

\- : -

Initials of Deputy Clerk mku